# United States District Court
# Western District of Washington

| Tara C. Andrews |
|---|

Plaintiff(s)

V.

| Equifax Information Services LLC, et al. |
|---|

Defendant(s)

Case Number    2:08-CV-00817-JCC

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, _____Robert S. Sola_____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

| plaintiff, Tara C. Andrews. |
|---|

The particular need for my appearance and participation is:

| I was retained by Plaintiff to represent her and have acquired knowledge and the facts and legal issues regarding Plaintiff's claims. |
|---|

I, _____Robert S. Sola_____ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date:    July 21, 2008        Signature of Applicant:   s/ Robert S. Sola

Page 1 of 3

| | |
|---|---|
| Pro Hac Vice Attorney Applicant's Name: | Robert S. Sola |
| Law Firm Name: | Robert S. Sola, P.C. |
| Street Address 1: | 8835 SW Canyon Lane, Suite 130 |
| Address Line 2: | |
| City: | Portland |
| State: | Oregon |
| Zip: | 97225 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 503-295-6880 |

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant  Robert S. Sola  is unable to be present upon any date assigned by the court.

Date: July 21, 2008     Signature of Local Counsel: s/ /s/Christopher E. Green

| | |
|---|---|
| Local Counsel's Name: | Christopher E. Green |
| Law Firm Name: | Attorney at Law |
| Street Address 1: | 225 106th Avenue NE |
| Address Line 2: | |
| City: | Bellevue |
| State: | Washington |
| Zip: | 98004 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 206-646-4558 |