Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TARA C. ANDREWS, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS INC.; and TRANS UNION LLC; <br><br> Defendants. | No. C08-0817-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff has given notice that she has reached a settlement with Defendant Trans Union LLC. (Dkt. No. 35.) In light of this notice of settlement, the Court DENIES AS MOOT Defendant Trans Union's Motion to Compel Discovery Responses. (Dkt. No. 31.)

DATED this 29th day of April, 2009.

BRUCE RIFKIN, Clerk of Court

By _/s/ V. Perez_
      Deputy Clerk

MINUTE ORDER – 1