**Judge John C. Coughenour**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TARA C. ANDREWS,<br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS INC.; and TRANS UNION LLC,<br>      Defendants. | Case No. **2:08-CV-00817-JJC**<br><br>**PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF, AND ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>APRIL 13, 2010 |

      Plaintiff Tara C. Andrews, by counsel, moves the Court pursuant to CR 7(f) for an order allowing plaintiff to file a memorandum in opposition to Equifax's Motions in Limine that is five pages longer than the 18 pages allowed by CR 7(e)(5) for Motions in Limine and opposition briefs.

      Plaintiff makes this request for several reasons. First, Equifax's Motions are 19 pages long.

      Second, Equifax submits 14 separate motions. That is a great amount of information that plaintiff must respond to.

**PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF
- 2:08-CV-00817-JJC**    Page 1

**Robert S. Sola, P.C.**
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 295-6880 (Telephone)
(503) 291-9031 (Facsimile)

Third, some of the motions address several items and raise different issues. For example, Motion IX seeks to exclude eight different exhibits. Some are credit reports, some are communications with a reseller of credit reports and one is a certificate from the Washington State Housing Finance Commission.

Fourth, Motion XIII seeks a court ruling that plaintiff cannot recover five different types of damages that plaintiff claims were caused by Equifax's violations. Plaintiff intends to move to strike Motion XIII as an improper and untimely dispositive motion, since it seeks to dispose of several of plaintiff's damages claims. Nevertheless, plaintiff must respond to these dispositive motions in the opposition brief. This will require additional pages. And CR 7(g) requires that the motion to strike be included in the opposition brief. That will also add to the length of the brief.

For these reasons, plaintiff requests she be allowed to exceed the page limit by five pages.

Dated this 13th day of April 2010.         /s/ Robert S. Sola

Robert S. Sola, OSB # 84454 *pro hac vice*
(503) 295-6880
(503) 291-9172 (Facsimile)
rssola@msn.com

Christopher E. Green, WSBA # 19410
 (206) 686-4558
(206) 686-2558 (Facsimile)
chris@myfaircredit.com

Attorneys for Plaintiff

**IT IS SO ORDERED:**

Dated this _____ day of April 2010.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF
- 2:08-CV-00817-JJC        Page 2

Robert S. Sola, P.C.
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 295-6880 (Telephone)
(503) 291-9031 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF** on the following persons:

Kevin H. Breck, Esq.  
Winston and Cashatt  
601 W. Riverside, Suite 1900  
Spokane, WA 99201

K. Ann Broussard, Esq.  
King & Spalding, LLP  
1180 Peachtree Street N.E.  
Atlanta, GA  30309-3521

Of Attorneys for Defendant Equifax

by the following indicated method:

\_\_\_   by **mailing** full, true and correct copies thereof in sealed, first-class postage prepaid envelopes, addressed to them at the address set forth above and deposited with the United States Postal Service on the date set forth below.

\_\_\_   by **electronically mailing** full, true and correct copies to the attorney(s) set forth above on the date set forth below.

_X_   by electronic delivery of full, true and correct copies through the court's **CM/ECF** system to the attorney(s) set forth above on the date set forth below.

\_\_\_   by causing full, true and correct copies thereof to be **hand-delivered** to them at the address set forth above on the date set forth below.

Dated this 13th day of April 2010.

/s/ Robert S. Sola  
Robert S. Sola, OSB # 84454 *pro hac vice*  
(503) 295-6880  
(503) 291-9172 (Facsimile)  
rssola@msn.com

Christopher E. Green, WSBA # 19410  
(206) 686-4558  
(206) 686-2558 (Facsimile)  
chris@myfaircredit.com  
Attorneys for Plaintiff

**PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF - 2:08-CV-00817-JJC    Page 3**

Robert S. Sola, P.C.  
8835 SW Canyon Lane, Suite 130  
Portland, OR 97225  
(503) 295-6880 (Telephone)  
(503) 291-9031 (Facsimile)