THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TARA C. ANDREWS, | Case No. C08-0817-JCC |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SERVICES INC.; and TRANS UNION LLC, | |
| Defendants. | |

Counsel having notified the Court of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 60 days of the date of this Order. Any trial date and pretrial dates previously set are hereby VACATED.

DATED this 22nd day of April, 2010.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1